1  **WO**

2

3

4

5

6                IN THE UNITED STATES DISTRICT COURT

7                    FOR THE DISTRICT OF ARIZONA

8

9  United States of America,              )    CR-15-50054-PHX-SRB
                                          )
10              Plaintiff,                 )
                                          )    **ORDER OF DETENTION**
11  vs.                                    )
                                          )
12  Raul Deanda-Reynaga,                   )
                                          )
13              Defendant.                 )
                                          )
14  _____     )

15        A detention hearing and a preliminary revocation hearing on the Petition on

16  Supervised Release Violation were held on April 1, 2015.

17        The Court Finds that the Defendant has knowingly, intelligently, and voluntarily

18  waived his right to a detention hearing and a preliminary revocation hearing and has

19  consented to the issue of detention being made based upon the allegations in the Petition.

20        The Court Further Finds that the Defendant has failed to sustain his burden of proof

21  by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is

22  not a serious flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

23        IT IS ORDERED that the Defendant shall be detained pending further order of the

24  court.

25        DATED this 2nd day of April, 2015.

26                                    _____

27                                         John Z. Boyle
                                      United States Magistrate Judge
28